IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-1918-ZLW-OES

DENNIS SCHUM

    Plaintiff,

v.

CENTENNIAL WATER AND SANITATION DISTRICT,
PAUL GRUNDEMAN,
DWAINE GRIFFITHS,
JOHN DROULLARD,
GREG CANADA,
in their individual and official capacities,

    Defendants.

---

## ORDER OF DISMISSAL AND JUDGMENT

---

    This matter was before the Court on December 13, 2005, for oral argument on Defendants' Motion For Summary Judgment.  The Court heard the arguments and statements of counsel and made conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendants' Motion For Summary Judgment is granted.  It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs.  It is

FURTHER ORDERED that judgment is entered in favor of Defendants Centennial Water and Sanitation District, Paul Grundeman, Dwaine Griffiths, John Droullard, and Greg Canada, and against Plaintiff Dennis Schum.

DATED at Denver, Colorado, this __21__ day of December, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court